IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS K. MOEHLE,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 4:12-CV-00437-FRB |
| **THE CMI GROUP, INC.** | ) |
| *Defendant.* | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant, by and through their respective counsel, and inform this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all parties consent and stipulate to the dismissal of this action with prejudice. The parties respectfully request that this Court enter an Order dismissing this suit with prejudice and terminating this litigation.

EASON & VOYTAS, LLC

s/ James W. Eason
_____
JAMES W. EASON, #MO57112
RICHARD A. VOYTAS, #MO52046
Eason & Voytas, LLC
One North Taylor Avenue
Saint Louis, Missouri 63108
Phone: (314) 932-1066

s/ Matthew Aplington
_____
Matthew J. Aplington
222 South Central, Suite 901
Clayton, MO 63105
Phone: (314) 863-0092

1