```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


NICHOLAS K. MOEHLE,                )
                                   )
              Plaintiff,            )
                                   )
         v.                        )      No. 4:12CV437 FRB
                                   )
THE CMI GROUP, INC.,               )
                                   )
              Defendant.           )
```

## ORDER

In accordance with the Stipulation of Dismissal filed by the parties (Docket No. 16),

**IT IS HEREBY ORDERED** that this cause is dismissed with prejudice.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE


Dated this 18th day of June, 2013.